# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| **BANKERS LIFE AND CASUALTY COMPANY,**<br><br>   Plaintiff,<br><br> v.<br><br>**NICHOLAS DEROUIN, CONSTANTINE DARSAKLIS, JOHN NAVEROSKI, ANTHONY DICKERSON, MADYSON DEROUIN, GAYLE MONROE, JAMES NELSON, ALYSSA VINKE, and MICHAEL STRAUSS,**<br><br>   Defendants. | No. 3:20-cv-50340 |

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY

AND NOW, this 23rd day of September, 2020, the Court having considered Plaintiff's Motion for Expedited Discovery, any opposition, or reply thereto, and for good cause shown,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Expedited Discovery is **GRANTED**.

IT IS FURTHER ORDERED that the parties shall engage in the following expedited discovery:

  a. Plaintiff may serve an initial set of up to ten interrogatories and fifteen document requests upon each Defendant, and serve a subpoena with up to fifteen document requests upon each third party, and each Defendant may serve an initial set of up to ten interrogatories and fifteen document requests upon Plaintiff, and serve a subpoena with up to fifteen document requests upon each third party ("Expedited

-2-

Initial Written Discovery"). Responses to the Expedited Initial Written Discovery shall be due fourteen days after service.

b. Plaintiff shall be entitled to conduct a forensic examination of Defendants' personal computer(s) to determine whether they have electronic copies of Bankers Life's confidential and proprietary information, including policyholder information.

c. The Expedited Initial Written Discovery may be served on Defendants by electronic mail, and may be served on Plaintiff by electronic mail to Plaintiff's counsel. Each party and third party shall serve its response by same day transmission, where an electronic mail method has been designated, and overnight delivery where none has been designated.

d. Each side may begin taking depositions seventeen days after service of the Expedited Initial Written Discovery, or such other dates as the parties mutually agree upon.

A more complete Scheduling Order shall follow.

_____
United States District Judge