IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| **BANKERS LIFE AND CASUALTY COMPANY,** <br><br> Plaintiff, <br><br> v. <br><br> **NICHOLAS DEROUIN, CONSTANTINE DARSAKLIS, JOHN NAVEROSKI, GAYLE MONROE, JAMES NELSON, ALYSSA VINKE, ANTHONY DICKERSON, MADYSON DEROUIN, and MICHAEL STRAUSS,** <br><br> Defendants. | Case No. 3:20-cv-50340 <br><br> Honorable Iain D. Johnston <br><br> Magistrate Lisa Jensen |

**PLAINTIFF BANKERS LIFE AND CASUALTY
COMPANY'S PETITION FOR ATTORNEYS' FEES**

Pursuant to the Court's Order of November 10, 2020, Plaintiff, Bankers Life and Casualty Company, ("Bankers Life"), through their Attorneys Littler Mendelson, P.C., submit herewith their Petition for Attorneys' Fees. In support of this Petition, Bankers Life states:

1. On September 23, 2020, this Court granted Plaintiff's Motion for Temporary Restraining Order (ECF 14) and Motion for Expedited Discovery (ECF 15). The TRO took effect the same day. (ECF 14.)

2. The Defendants violated the TRO and on October 12, 2020, Bankers Life filed a Motion for Rule to Show Cause and for Attorneys' Fees. (ECF 19).

3. On October 13, 2020, following a telephonic status conference attended by counsel for Bankers Life and five of the nine Defendants, this Court ordered Defendants to respond to Bankers Life's Motion for Rule to Show Cause and Attorneys' Fees by October 27, 2020. (ECF 22). The Defendants failed to comply with the Court's Order.

4. On November 10, 2020, Magistrate Judge Lisa A. Jensen found that Bankers Life had demonstrated by clear and convincing evidence all of the requirements to find all of the Defendants in contempt for violating the September 23, 2020 Order. (ECF 24).

5. Magistrate Judge Jensen further found that, if Judge Iain D. Johnston adopts her report and recommendation regarding contempt, Bankers Life's request for attorneys' fees should also be granted. (ECF 24). Accordingly, Magistrate Judge Jensen directed Bankers Life to submit a Petition for Fees.

6. Bankers Life's billing records for Michael Moffatt, David Haase, Brian Mosby and Kristen Davis are attached as Exhibit A.

Respectfully submitted,

*/s/ Michael A. Moffatt*
David K. Haase, ARDC# 6201278
Michael A. Moffatt (*Pro Hac Vice*)
Brian L. Mosby (*Pro Hac Vice*)
LITTLER MENDELSON, P.C.
A Professional Corporation
321 North Clark Street, Suite 1100
Chicago, IL 60654
312.372.5520

## CERTIFICATE OF SERVICE

Michael A. Moffatt, an Attorney, hereby certifies that on December 17, 2020 he caused a copy of the foregoing *Plaintiff Bankers Life and Casualty Company's Petition for Attorneys' Fees* to be electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF (*electronic case filing*) system, which generated notice of same to the following:

Alyssavinke@gmail.com
darsaklis@gmail.com
dongayle@8612@att.net
nderouin8@gmail.com
johnnav06@yahoo.com
strauss.michael@gmail.com
J.nelson.5@hotmail.com
nickderouin@krsinsbroker.com
madysonderouin@krsinsbroker.com
anthonydickerson@krsinsbroker.com
gaylemonroe@krsinsbroker.com
alyssavinke@krsinsbroker.com
dinodarsaklis@krsinsbroker.com
michaelstrauss@krsinsbroker.com
johnnaveroski@krsinsbroker.com
jamesnelson@krsinsbroker.com

                                            */s/ Michael A. Moffatt*
                                            Michael A. Moffatt (*Pro Hac Vice*)