EXHIBIT A

Rates:
    Michael Moffatt: $545/hour
    David Haase: $675/hour
    Brian Mosby: $425/hour
    Kristen Davis (paralegal): $255/hour

---

### **Michael Moffatt**

10/5/20: Analyze issues re motion to show cause for not complying with TRO and phone call with client re said motion. (.9 hours - $490.50)

10/6/20: Phone call with client re motion to show cause strategy. (.2 hours - $109.00)

10/6/20: Gave attention to motion to show cause. (.2 hours - $109.00)

10/9/20: Gave attention to motion to show cause for not complying with TRO. (.2 hours - $109.00)

10/12/20: Work on motion to show cause for Defendants failure to comply with TRO including identifying exhibits to use in the motion. (1.3 hours - $708.50)

10/12/20: Confer via emails with client re motion to show cause. (.1 hour - $54.50)

10/13/20: Analyze issues to be raised in hearing. (.4 hours - $218.00)

10/13/20: Analyze issues in connection with Court's ruling at hearing. (.4 hours - $218.00)

10/14/20: Review Magistrate's scheduling order re motion to show cause and email summary of order to the client. (.5 hours - $272.50)

10/27/20: Gave attention to Defendants failure to reply to motion to show cause. (.1 hour - $54.50)

10/29/20: Work on Notice of failure of Defendants to respond to motion to show cause per Court's order. (.6 hours - $327.00)

10/30/20: Continue to work on Notice of Defendants failure to respond to motion to show cause. (.8 hours - $436.00)

Totals: 5.7 hours - $3,106.50

### David Haase

10/9/20: Work on motion for rule to show cause. (1.2 hours - $810.00)

10/10/20: Draft motion for rule to show cause/contempt. (2.8 hours - $1,890.00)

10/12/20: Continue to work on motion for rule to show cause. (2.3 hours - $1,552.50)

10/13/20: Prepare for and conduct hearing re motion for rule to show cause and draft follow up communications re same. (2.0 hours - $1,350.00)

Totals: 8.3 hours - $5,602.50

### Brian Mosby

10/28/20: Telephone conference with MM re strategy related to Defendants failure to respond to show cause motion. (.3 hours - $127.50)

10/29/20: Draft Notice of failure to respond based on Defendants failure to respond to Plaintiff's motion for order to show cause. (2.6 hours - $1,105.00)

10/30/20: Further revision to draft Notice of Defendants failure to respond to Plaintiff's motion for rule to show cause. (.9 hours - $382.50)

Totals: 3.8 hours - $1,615.00

### Kristen Davis

10/12/20: Gather and prepare exhibit to be filed with motion for rule to show cause. (.5 hours - $127.50)

Totals: .5 hours - $127.50

**TOTAL FEES:** $10,451.50